# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> VAPE4U LLC, a California Limited Liability Company <br><br> Defendant. | Case No. 5:18-cv-02448 AB (SHKx) <br><br> **[PROPOSED] ORDER DISMISSING VAPE4U LLC WITH PREJUDICE** <br><br> Complaint Filed: November 20, 2018 |

This matter comes before the Court by way of Plaintiff Juul Labs, Inc.'s Notice of Dismissal of Vape4U LLC With Prejudice Pursuant to Rule 41(a)(1)(A)(i).

**IT IS ORDERED** that Defendant Vape4U is **DISMISSED** from this action with prejudice; and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement.

Dated: September 10, 2019 _____
The Honorable André Birotte, Jr.
U.S. District Judge